IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| SHARIA HARRIS, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:17-cv-00468-SWW |
| | * | |
| | * | |
| SOUTHERN ADMINISTRATIVE | * | |
| SERVICES and STONERIDGE | * | |
| HEALTH & REHAB CENTER, | * | |
| | * | |
| Defendants. | * | |

## JUDGMENT

Consistent with the Order entered in this action on this date, it is Considered, Ordered and Adjudged that this action is hereby dismissed with prejudice.

IT IS SO ORDERED this 23rd day of October 2017.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE